# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEAN ALVARADO, JR., | Case No. 1:17-cv-01396-BAM (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COUNTY OF TULARE, | (ECF No. 3) |
| Defendant. | |

Plaintiff Daniel Dean Alvarado, Jr. ("Plaintiff") is a former state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 3, 2017, Plaintiff initiated this action in the United States District Court for the Northern District of Illinois. (ECF No. 1.) That same day, Plaintiff submitted the instant application for leave to proceed in forma pauperis. (ECF No. 3.) This action was transferred from the Northern District of Illinois on October 16, 2017. (ECF No. 5.)

Examination of Plaintiff's application and attached documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis, (ECF No. 3) is GRANTED.

IT IS SO ORDERED.

Dated: **October 20, 2017**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1